### Shippen ag$^t$ Davenport

Edward Shippen or his lawfull Attourny plaint. ag$^t$ Elisabeth Davenport Relict of and Adm$^x$ to the Estate of Nathanael Daven-

port dec<sup>d</sup> Defend<sup>t</sup> in an action of the case for not paying the Summe of one hundred and thirty pound in mony due upon the forfiture of a bond bearing date the. 5th of Nov<sup>r</sup> 1675 under the hand and Seale of s<sup>d</sup> Nathan<sup>ll</sup> Davenport with all other due damages according to attachm<sup>t</sup> dat<sup>d</sup> Iuly. 11° 1677. . . . The Iury . . . found for the pl<sup>t</sup> forfiture of the bond one hundred & thirty pounds mony and costs of Court: On request of the Defend<sup>t</sup> the Court chancered this Forfiture besides what hath already been paid unto Sixty five pound one Shilling mony and costs of Court: The Defend<sup>t</sup> appealed from this Judgement unto the next Court of Assistants & herselfe principall in £.65. Thomas Thacher Junio<sup>r</sup> and John Morse Sureties in £33. apeice acknowledged themselves respectiuely bound . . . on condition the s<sup>d</sup> Elisabeth Davenport should prosecute her appeale. . . .

[ Copy of attachment and attorney Hudson Leverett's Bill of Costs are in S. F. 1617.]